UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Bigham, John Quarnstrom, Robert Vranicar, Steve Ritche, Marty Strub, and Richard Leitschuh as Trustees of the Sheet Metal Local #10 Control Board Trust Fund, and the Sheet Metal Local #10 Control Board Trust Fund,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Legacy Companies, Inc.,<br><br>　　　　　Defendant. | Civil No. 11-2921 (RHK/FLN)<br><br>**ORDER** |

　　　Pursuant to a Notice of Voluntary Dismissal (Doc. No. 16) filed by the Plaintiffs in the above-referenced action, **IT IS ORDERED** that this matter is hereby **DISMISSSED WITHOUT PREJUDICE** and without costs to any party.

Dated:  January 27, 2012

　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　RICHARD H.  KYLE
　　　　　　　　　　　　　　　　　　　　United States District Judge